**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ricardo MORALES a/k/a Ricardo**
**Morales–Vasquez, Petitioner**

**No. 831 MAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Alex Henry HORVATINOVIC,**
**Petitioner**

**No. 809 MAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**